Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSIKA ALEXUS,** | ) Case No.  3:14-cv-05597-MEJ |
| | ) |
| Plaintiff, | ) **JOINT STIPULATION TO** |
| | ) **DISMISS WITH PREJUDICE** |
| vs. | ) |
| | ) |
| **GC SERVICES LIMITED PARTNERSHIP,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

    NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

    Respectfully submitted this 2nd day of September, 2015

    By: s/Todd M. Friedman, Esq.
       TODD M. FRIEDMAN
       Attorney for Plaintiff

    By: /s/ *David I. Dalby*
       DAVID I. DALBY
       Attorney for Defendant

Filed electronically on this 2nd day of September, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Maria-Elena James
United States District Court
Northern District of California

John Tokuyama Meno
Hinshaw and Culbertson LLP

This 2nd day of September, 2015.
s/Todd M. Friedman
TODD M. FRIEDMAN