UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSIKA ALEXUS,** | ) Case No. 3:14-cv-05597-MEJ |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **GC SERVICES LIMITED PARTNERSHIP,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this __3rd__ day of September, 2015.

_____
The Honorable Maria-Elena James

Order to Dismiss - 1